UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NATIONAL STABILIZATION AGREEMENT
OF SHEET METAL INDUSTRY
TRUST FUND, SHEET METAL INDUSTRY
TRUST FUND, SHEET METAL WORKERS'
NATIONAL PENSION FUND, INTERNATIONAL
TRAINING INSTITUTE FOR THE SHEET
METAL AND AIR CONDITIONAL INDUSTRY,
SHEET METAL WORKERS' INTERNATIONAL
ASSOCIATION SCHOLARSHIP FUND,
NATIONAL ENERGY MANAGEMENT
INSTITUTE COMMITTEE, SHEET METAL
OCCUPATIONAL HEALTH TRUST FUND,
BB SIGN CO., INC. a/k/a BB SIGN CO., Inc.
d/b/a DIVISION 10 SPECIALTIES, INC. a/k/a
DIVISION 10 SPECIALTIES
      Plaintiffs

04 MBD 10058

MBD
~~M.P.~~ No. _____

v.

BB SIGN CO., INC.
a/k/a B B SIGN CO., INC.
d/b/a DIVISION 10 SPECIALTIES, INC.
a/k/a DIVISION 10 SPECIALTIES, et al.
      Defendants

### ENTRY OF APPEARANCE

James D. Vannah, Esq. and the law firm of MacAdams & Wieck Incorporated hereby enter their appearance on behalf of the Plaintiffs in the above-referenced matter,

and requests that a copy of all pleadings and a notice of all proceedings be forwarded to the undersigned.

>Plaintiffs,
>
>National Stabilization Agreement of Sheet Metal Industry Trust Fund, et al.
>
>By its attorneys,
>
>James D. Vannah, Esq. #650601
>MacAdams & Wieck Incorporated
>101 Dyer Street, Suite 400
>Providence, RI 02903
>Phone: (401) 454-8700
>Fax: (401) 454-8755
>Dated: 2/20/04

G:\Sheet Metal Workers\Raws, W. Edwin\Pleadings\JDV entry of Appearance 021704.doc

2