UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -7  P 1:51

U.S. DISTRICT COURT
DISTRICT OF MASS

NATIONAL STABILIZATION AGREEMENT
OF SHEET METAL INDUSTRY
TRUST FUND, et als
      Plaintiffs

v.

M.P. No. 04 MBD 10058

BB SIGN CO., INC., et als
      Defendants

### WITHDRAWAL/ENTRY OF APPEARANCE

James D. Vannah, Esq. hereby individually withdraws his appearance on behalf of the Plaintiffs in the above referenced matter; Richard L. Gemma, Esq. of the law firm of MacAdams & Wieck Incorporated hereby enters his appearance on behalf of the Plaintiffs and requests that a copy of all pleadings and notices be forwarded his attention.

      Plaintiffs,
      National Stabilization Agreement of Sheet
      Metal Industry Trust Fund, et al.

      By its attorneys,

      James D. Vannah, Esq. #650601
      MacAdams & Wieck Incorporated
      101 Dyer Street, Suite 400
      Providence, RI 02903
      Phone: (401) 454-8700
      Fax: (401) 454-8755
      Dated: 6/4/04

      Richard L. Gemma, Esq. #553880
      MacAdams & Wieck Incorporated
      101 Dyer Street, Suite 400
      Providence, RI 02903
      Phone: (401) 454-8700
      Fax: (401) 454-8755
      Dated: 6/4/04

## CERTIFICATION

I hereby certify that on the 4TH day of June 2004, I delivered a copy of the within by regular mail, postage prepaid, to Defendant BB Sign Co., Inc. at 121 Liberty Street, Quincy, MA 02169.

G:\Sheet Metal Workers\Raws, W. Edwin\Pleadings\Withdrawal-Entry of Apprearance 060404.doc