UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -7 P 1:21

U.S. DISTRICT COURT
DISTRICT OF MASS

NATIONAL STABILIZATION AGREEMENT
OF SHEET METAL INDUSTRY
TRUST FUND, SHEET METAL INDUSTRY
TRUST FUND, SHEET METAL WORKERS'
NATIONAL PENSION FUND, INTERNATIONAL
TRAINING INSTITUTE FOR THE SHEET
METAL AND AIR CONDITIONAL INDUSTRY,
SHEET METAL WORKERS' INTERNATIONAL
ASSOCIATION SCHOLARSHIP FUND,
NATIONAL ENERGY MANAGEMENT
INSTITUTE COMMITTEE, SHEET METAL
OCCUPATIONAL HEALTH TRUST FUND
    Plaintiffs

v.    M.P. No. 04 MBD 10058

BB SIGN CO., INC.
a/k/a B B SIGN CO., INC.
d/b/a DIVISION 10 SPECIALTIES, INC.
a/k/a DIVISION 10 SPECIALTIES, et al.
    Defendants

### PLAINTIFFS' MOTION TO ADJUDGE DEFENDANT IN CONTEMPT OR, IN THE ALTERNATIVE, TO COMPEL DEFENDANT'S PRODUCTION OF DOCUMENTS AND ATTENDANCE AT DEPOSITION

Pursuant to Fed. R. Civ. P. 45, Plaintiffs hereby move this Court for an Order finding Defendant B.B. Sign Co., Inc. ("BB Sign") to be in contempt for failing to produce all documents within its custody, control and/or possession which are responsive to the subpoena *duces tecum* served upon on it on March 22, 2004 and for failing to designate a person to appear and testify on its behalf at that certain deposition of BB Sign scheduled for April 16, 2004. In the alternative, Plaintiffs move this Court for an Order compelling BB Sign to produce the aforementioned documents within ten (10) days of

the issuance of a Court Order granting such relief, and appearance at a deposition within ten (10) days as well.

This Motion is supported by the Memorandum filed contemporaneously herewith and all the files and pleadings of the case.

Respectfully submitted,
PLAINTIFFS

By their Attorneys,

Richard L. Gemma BBO #553880
MacADAMS & WIECK INCORPORATED
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700
(401) 454-8755 (Fax)
Dated: 6/4/04

**CERTIFICATE OF COMPLIANCE WITH LOC. R. 7.1 AND LOC. R. 37.1**

In accordance with Loc. R. 7.1 and Loc. R. 37.1, I certify that I have in good faith attempted to confer with Defendant, BB Sign, in an effort to narrow and/or resolve the areas of disagreement to the greatest extent possible without judicial intervention. The Defendant failed to respond to Plaintiffs' request for a discovery conference.

James D. Vannah, BBO #650601

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of June 2004, I delivered a copy of the within by regular mail, postage prepaid, to Defendant BB Sign Co., Inc. at 121 Liberty Street, Quincy, MA 02169.

G:\Sheet Metal Workers\Raws, W. Edwin\Pleadings\Mot for Contempt 052804.doc