UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL STABILIZATION AGREEMENT OF SHEET METAL INDUSTRY TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BB SIGN CO., INC., a/k/a B B SIGN CO., INC., d/b/a DIVISION 10 SPECIALTIES, INC., a/k/a DIVISION 10 SPECIALTIES, et al., <br><br> Defendants. | M.P. No. 04-MBD-10058 |

ORDER

June 28, 2004

TAURO, J.

This court hereby orders that:

1. Defendant BB Sign must produce all documents within its custody, control or possession which are responsive to the subpoena *duces tecum* served upon it on March 22, 2004;

2. The abovementioned documents must be produced by July 9, 2004;

3. Plaintiffs must serve on Defendant BB Sign a notice to take deposition; and

4. Defendant BB Sign must designate a person to appear and testify on its behalf at the Fed. R. Civ. P. 30(b)(6) deposition noticed by Plaintiffs.

IT IS SO ORDERED.

_____
United States District Judge