UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NATIONAL STABILIZATION AGREEMENT
OF SHEET METAL INDUSTRY
TRUST FUND, SHEET METAL WORKERS'
NATIONAL PENSION FUND, INTERNATIONAL
TRAINING INSTITUTE FOR THE SHEET
METAL AND AIR CONDITIONING INDUSTRY,
SHEET METAL WORKERS' INTERNATIONAL
ASSOCIATION SCHOLARSHIP FUND,
NATIONAL ENERGY MANAGEMENT
INSTITUTE COMMITTEE, SHEET METAL
OCCUPATIONAL HEALTH TRUST FUND

      Plaintiffs

  v.                                    M.P. No. 04 MBD 10058

BB SIGN CO., INC.
a/k/a BB SIGN CO., INC.
d/b/a DIVISION 10 SPECIALTIES, INC.
a/k/a DIVISION 10 SPECIALTIES, et al.

      Defendants

## WRIT OF TRUSTEE EXECUTION

To the United States Marshal for the District of Massachusetts or either of her Deputies and to Frederick MacDonald, Special Process Server:

WHEREAS Board of Trustees, Sheet Metal Workers National Pension Fund, et al.("Judgment Creditors") have recovered judgment against BB Sign Co. Inc., a/k/a BB Sign Co., Inc. d/b/a/ Division 10 Specialties, Inc. a/k/a Division 10 Specialties and W. Edwin Raws, individually and d/b/a/ Division 10 Specialties, Inc., a/k/a Division 10 Specialties ("Judgment Debtors") on the 15th day of October, 2003, for the sum of $204,305.50, including pre-judgment interest, liquidated damages, attorneys' fees and

costs of suit, as to us appears of record, (*see* Judgment and Certification appended hereto) whereof this First Execution remains to be done,

WE COMMAND SOUTH SHORE BANK, therefore, the funds, monies and accounts of the said Judgment Debtors, to cause to be paid and satisfied unto the said Judgment Creditors, at the value thereof in money, the aforesaid sums, being a total of $204,305.50, in the whole.

HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's Office of our said court, at 1 Courthouse Way, Boston, Massachusetts, 02110 within Twenty (20) years after the date of said judgment, or within Ten (10) days after this Writ has been satisfied or discharged.

Dated this 2L day of _____August_____, '04

TONY ANASTAS
CLERK OF COURT

SEAL                                By: _____
                                         Deputy Clerk



G:\Sheet Metal Workers\Raws, W. Edwin\Pleadings CA 02 MBD 10309\Writ of Execution 081704.doc