SEPT. 7, 2004

BY VIRTUE OF THIS WRIT OF TRUSTEE EXECUTION I, THIS DAY SERVED THE WITHIN NAMED MS. CAROL FARRELL V.P. AND DIRECTOR OF DEPOSIT OPERATIONS A TRUE AND ATTESTED COPY OF THIS WRIT. MS. FARRELL ADVISED ME THAT NO FUNDS WERE ON DEPOSIT, AT SO. SHORE SAVINGS BANK.

Frederick MacDonald
Special PROCESS SERVE