

## South Shore
### SAVINGS BANK

1530 Main Street • South Weymouth, MA 02190-1332
(800) 660-7800
(781) 337-3000 • Fax (781) 337-8513

October 14, 2004

MacAdams & Wieck Inc.
101 Dyer Street
Suite 400
Providence RI 02903

    Re:    Board of Trustees, Sheet Metal Workers' National Pension Fund, et
al. vs. W. Edwin Raws, et al. d/b/a Division 10 Specialties d/b/a BB Sign
Company, Inc.
<u>Writ of Trustee Execution</u>

Dear Attorney Souza:

Per order of the above listed Writ of Trustee Execution check # 1788 in the amount of $22,156.34 payable to Board of Trustees, Sheet Metal Workers' National Pension Fund was mailed to the Clerk's Office of the United States District Court. This represents the balance in a checking account in the name of Division 10 Specialties as of 9/7/04, the date that the execution was served to South Shore Savings Bank.

A copy of the notification sent to the court is enclosed. Please feel free to contact me at 781-682-3701 with any questions.

Sincerely,

*Carol J Farrell*

Carol J. Farrell
VP/Deposit Operations Officer

Enc