# NORRIS & CAMPBELL

### ATTORNEYS AT LAW

**ROBERT H. NORRIS**
rhnorris@norrisandcampbell.com

**175 DERBY ST., SUITE 27**
**HINGHAM, MA 02043**
TELEPHONE: (781) 749-8880 • FAX: (781) 749-1156

**JAMES W. CAMPBELL**
jwcampbell@norrisandcampbell.com

October 22, 2004

**BY FAX (401) 454-8755**
**AND CERTIFIED MAIL 7003 1010 0005 3197 2227**
**RETURN RECEIPT REQUESTED**

Maurene Souza, Esq.
MacAdams and Wieck, Inc.
101 Dyer Street, Suite 400
Providence, RI 02903

> RE:   Board of Trustees, Sheet Metal Workers' National Pension Fund, et al
> v. W. Edwin Raws, et al.

Dear Ms. Souza:

Kindly note that this office has been retained by South Shore Savings Bank with regard to the Writ of Trustee Execution allowed by Judge Tauro on August 26, 2004, and subsequently served upon my client.

As you know, in response to this Writ, my client mailed its check number 1788 in the amount of $22,156.34, payable to the Board of Trustees, Sheet Metal Workers' National Pension Fund to the Court (letter enclosed). I have been informed that the Court subsequently sent this check to you, by Federal Express, early this week.

A serious question has arisen whether those funds are the funds of any defendant in this action. Thus, this letter is to request that you hold these funds in escrow, pending the further discussion and resolution of this matter. Your doing so may prevent your subsequent involvement in unnecessary further litigation concerning this sum.

Please contact me at your earliest convenience to confirm that you will hold the funds.

Very truly yours,

James W. Campbell

JWC/slj