## NORRIS & CAMPBELL
ATTORNEYS AT LAW

ROBERT H. NORRIS
rhnorris@norrisandcampbell.com

175 DERBY ST., SUITE 27
HINGHAM, MA 02043
TELEPHONE: (781) 749-8880 • FAX: (781) 749-1156

JAMES W. CAMPBELL
jwcampbell@norrisandcampbell.com

October 25, 2004

**BY FAX (401) 454-8755**
**AND REGULAR MAIL**

Maurene Souza, Esq.
MacAdams and Wieck, Inc.
101 Dyer Street, Suite 400
Providence, RI 02903

RE: Board of Trustees, Sheet Metal Workers' National Pension Fund, et al
v. W. Edwin Raws, et al.

Dear Ms. Souza:

I understand that my client, South Shore Savings Bank has stopped payment on the check in the amount of $22,156.34 to which reference was made in my October 22, 2004 letter.

The funds did not appear to belong, of record, to any defendant in the U.S. District Court case.

Very truly yours,

James W. Campbell

JWC/slj

EACH ATTORNEY IN THIS OFFICE IS AN INDEPENDENT PRACTITIONER WHO IS NOT RESPONSIBLE FOR THE PRACTICE OR THE LIABILITY OF ANY OTHER ATTORNEY IN THE OFFICE.