

# The Commonwealth of Massachusetts
# William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

**AUSTIN OPERATIONS, INC. Summary Screen**

Help with this form

Request a Certificate

| | |
|---|---|
| The exact name of the Domestic Profit Corporation: | AUSTIN OPERATIONS, INC. |
| Entity Type: | Domestic Profit Corporation |
| Identification Number: | 020028316 |
| Date of Organization in Massachusetts: | 06/04/2003 |
| Current Fiscal Month / Day: | 12 / 31 |

**The location of its principal office in Massachusetts:**
No. and Street: 121 LIBERTY STREET
City or Town: QUINCY    State: MA    Zip: 02169    Country: USA

**If the business entity is organized wholly to do business outside Massachusetts, the location of that office:**
No. and Street:
City or Town:    State:    Zip:    Country:

**The name and address of the Registered Agent:**
Name:
No. and Street:
City or Town:    State:    Zip:    Country:

**The officers and all of the directors of the corporation:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration of Term |
|---|---|---|---|
| PRESIDENT | JOHN F. BOHAN JR. | 9 WEST PATTERSON AVE.<br>RANDOLPH, MA 02368 USA | Until successors are elected |
| TREASURER | JOHN F. BOHAN JR. | 9 WEST PATTERSON AVE.<br>RANDOLPH, MA 02368 USA | Until successors are elected |
| SECRETARY | JOHN F. BOHAN JR. | 9 WEST PATTERSON AVE.<br>RANDOLPH, MA 02368 USA | Until successors are elected |

| DIRECTOR | JOHN F. BOHAN JR. | 9 WEST PATTERSON AVE. RANDOLPH, MA 02368 USA | Until successors are elected |
|---|---|---|---|

business entity stock is publicly traded: __

The total number of shares and par value, if any, of each class of stock which the business entity is authorized to issue:

| Class of Stock | Par Value Per Share Enter 0 if no Par | Total Authorized by Articles of Organization or Amendments | | Total Issued and Outstanding |
|---|---|---|---|---|
| | | Num of Shares | Total Par Value | Num of Shares |
| CNP | $0.00000 | 15,000 | $0.00 | 1,000 |

__ Consent  __ Manufacturer  __ Confidential Data  __ Does Not Require Annual Report

__ Partnership  __ Resident Agent  X For Profit  __ Merger Allowed

Select a type of filing from below to view this business entity filings:

ALL FILINGS
Administrative Dissolution
Annual Report
Application For Revival
Articles of Amendment

View Filings    New Search

Comments

© 2001 - 2004 Commonwealth of Massachusetts
All Rights Reserved

Help

07/06/200



# The Commonwealth of Massachusetts
# William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

**Detail Record - Display Page**

| | |
|---|---|
| Type of Filing: | Annual Report |
| Year Filed: | 1999 |
| Fiche Index: | 01 |
| Fiche Pages: | |
| Submit Date: | 3/15/04 |
| Approval Date: | 3/15/04 |
| Clerk Name: | PG |
| Attorney Name: | |
| Comments: | |
| Payment Check/Voucher: | |
| Pay Date: | 3/15/04 3:43:21 PM |
| Pay Type: | Credit Card |
| File Fee: | 125 |
| Conv Fee: | 10 |

© 2001 - 2004 Commonwealth of Massachusetts
All Rights Reserved



MA SOC   Filing Number: 200467164040   Date: 03/15/2004

# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

Special Instructions

## Annual Report 1999
(General Laws, Chapter 156B)

Federal Identification Number: 020028316

1. The exact name of the coporation is:   AUSTIN OPERATIONS, INC.

2a. Location of its principal office in Massachusetts:

No. and Street:   121 LIBERTY STREET

City or Town:   QUINCY        State: MA      Zip: 02169        Country: USA

2b. NOTE: If corporation is organized wholly to do business outside Massachusetts, state location of that office also:

No. and Street:

City or Town:                    State:       Zip:             Country:

3. Name and address of the Resident Agent, if any:

Name:

No. and Street:

City or Town:                    State:       Zip:             Country:

4. Date of the end of the last fiscal year was: 12/31/1999

5. Check here if the corporation stock is publicly traded:

6. The capital stock of each class as of the end of its last fiscal year was:

| Class of Stock | Par Value Per Share Enter 0 if no Par | Total Authorized by Articles of Organization of Amendments | | Total Issued and Outstanding |
|---|---|---|---|---|
| | | Num of Shares | Total Par Value | Num of Shares |
| CNP | $0.00 | 15,000 | $0.00 | 1,000 |

D-5743-0

7. State the names and addresses of the officers and of all the directors of the corporation, and the date on which the term of office of each expires:
(*A president, treasurer, clerk, and at least one director are required.*)

| | |
|---|---|
| Title: CLERK | Expiration of Term: Until successors are elected |
| First Name: JOHN    Middle Name: F.    Last Name: BOHAN | |
| Residential Address: 9 WEST PATTERSON AVE. | |
| City: RANDOLPH    State: MA    Zip: 02368 | |
| Country: USA | |
| Title: TREASURER | Expiration of Term: Until successors are elected |
| First Name: JOHN    Middle Name: F.    Last Name: BOHAN | |
| Residential Address: 9 WEST PATTERSON AVE. | |
| City: RANDOLPH    State: MA    Zip: 02368 | |
| Country: USA | |
| Title: DIRECTOR | Expiration of Term: Until successors are elected |
| First Name: JOHN    Middle Name: F.    Last Name: BOHAN | |
| Residential Address: 9 WEST PATTERSON AVE. | |
| City: RANDOLPH    State: MA    Zip: 02368 | |
| Country: USA | |
| Title: PRESIDENT | Expiration of Term: Until successors are elected |
| First Name: JOHN    Middle Name: F.    Last Name: BOHAN | |
| Residential Address: 9 WEST PATTERSON AVE. | |
| City: RANDOLPH    State: MA    Zip: 02368 | |
| Country: USA | |

I, the JOHN F. BOHAN JR. the undersigned , of the above-named corporation, in compliance with the General Laws, Chapter 156B, hereby certify that the above information is true and correct as of the dates shown. IN WITNESS WHEREOF AND UNDER PENALTIES OF PERJURY, I hereto sign my name on this 15 Day of March, 2004.

© 2001 Secretary of the Commonwealth of Massachusetts
All Rights Reserved

The Commonwealth of Massachusetts William Francis Galvin Page 1 of



# The Commonwealth of Massachusetts
# William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

## Detail Record - Display Page

| | |
|---|---|
| Type of Filing: | Articles of Organization |
| Fiche Index: | 01 |
| Fiche Pages: | |
| Submit Date: | 6/4/03 |
| Approval Date: | 6/4/03 |
| Clerk Name: | GFT |
| Attorney Name: | GFT |
| Comments: | |
| Payment Check/Voucher: | |
| Pay Date: | 6/4/03 11:35:38 AM |
| Pay Type: | Credit Card |
| File Fee: | 250 |
| Conv Fee: | 15 |

© 2001 - 2004 Commonwealth of Massachusetts
All Rights Reserved



# The Commonwealth of Massachusetts
# William Francis Galvin

Minimum Fee: $250.00

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

## Articles of Organization
(General Laws, Chapter 156B)

Federal Employer Identification Number: 020028316 *(must be 9 digits)*

### ARTICLE I

The exact name of the business entity is:

AUSTIN OPERATIONS, INC.

### ARTICLE II

The purpose of the business entity is to engage in the following business activities:

THE COMPANY WILL OWN AND OPERATE VARIOUS BUSINESSES WITH THE COMMONWEALTH OF MASSACHUSETTS. THE COMPANY MAY OPERATE ANY LEGAL BUSINESS WITH THE COMMONWEALTH OF MASSACHUSETTS.

### ARTICLE III

State the total number of shares and par value, if any, of each class of stock which the business entity is authorized to issue:

| Class of Stock | Par Value Per Share Enter 0 if no Par | Total Authorized by Articles of Organization or Amendments | | Total Issued and Outstanding Num of Shares |
|---|---|---|---|---|
| | | Num of Shares | Total Par Value | |
| CNP | $0.00000 | 15,000 | $0.00 | 1,000 |

### ARTICLE IV

If more than one class of stock is authorized, state a distinguishing designation for each class. Prior to the issuance of any shares of a class, if shares of another class are outstanding, the Business Entity must provide a description of the preferences, voting powers, qualifications, and special or relative rights or privileges of that class and of each other class of which shares are outstanding and of each series then established within any class.

### ARTICLE V

The restrictions, if any, imposed by the Articles of Organization upon the transfer of shares of stock of any class are:

EXISTING SHAREHOLDERS HAVE RIGHT OF FIRST REFUSAL ON ANY SALES OF SOTCK.

### ARTICLE VI

Other lawful provisions, if any, for the conduct and regulation of the business and affairs of the business entity, for its voluntary dissolution, or for limiting, defining, or regulating the powers of the business entity, or of its directors or stockholders, or of any class of stockholders:

Note: The preceding six (6) articles are considered to be permanent and may ONLY be changed by filing appropriate Articles of Amendment.

### ARTICLE VII

The effective date of organization of the business entity shall be the date approved and filed by the Secretary of the Commonwealth. If a *later* effective date is desired, specify such date which shall not be more than *thirty days* after the date of filing.

Later Effective Date: 06/04/2003

### ARTICLE VIII

The information contained in Article VIII is not a permanent part of the Articles of Organization

a. The street address *(post office boxes are not acceptable)* of the principal office of the corporation in *Massachusetts* is:

No. and Street: 121 LIBERTY STREET
City or Town: QUINCY          State: MA     Zip: 02169     Country: USA

b. The name, residential address and post office address of each director and officer of the corporation is as follows:

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration<br>of Term |
|---|---|---|---|
| PRESIDENT | JOHN F. BOHAN JR. | 9 WEST PATTERSON AVE.<br>RANDOLPH, MA 02368 USA<br>9 WEST PATTERSON AVE.<br>RANDOLPH, MA 02368 USA | Until successors are elected |
| TREASURER | JOHN F. BOHAN JR. | 9 WEST PATTERSON AVE.<br>RANDOLPH, MA 02368 USA<br>9 WEST PATTERSON AVE.<br>RANDOLPH, MA 02368 USA | Until successors are elected |
| CLERK | JOHN F. BOHAN JR. | 9 WEST PATTERSON AVE.<br>RANDOLPH, MA 02368 USA<br>9 WEST PATTERSON AVE.<br>RANDOLPH, MA 02368 USA | Until successors are elected |
| DIRECTOR | JOHN F. BOHAN JR. | 9 WEST PATTERSON AVE.<br>RANDOLPH, MA 02368 USA<br>9 WEST PATTERSON AVE.<br>RANDOLPH, MA 02368 USA | Until successors are elected |

c. The fiscal year (i.e., tax year) of the business entity shall end on the last day of the month of: December

d. The name and business address of the resident agent, if any, of the business entity is:

Name:
No. and Street:
City or Town:                           State:          Zip:           Country:

### ARTICLE IX

By-laws of the business entity have been duly adopted and the president, treasurer, clerk and directors whose names are set forth above, have been duly elected.

**IN WITNESS WHEREOF AND UNDER THE PAINS AND PENALTIES OF PERJURY, I/we,** whose signature(s) appear below as incorporator(s) and whose name(s) and business or residential address(es) are beneath each signature do hereby associate with the intention of forming this business entity under the provisions of General Law, Chapter 156B and do hereby sign these Articles of Organization as incorporator(s) this 4 Day of June, 2003. *(If an existing corporation is acting as incorporator, type in the exact name of the business entity, the state or other jurisdiction where it was incorporated, the name of the person signing on behalf of said business entity and the title he/she holds or other authority by which such action is taken.)*
JOHN F. BOHAN JR.

© 2001 - 2003 Commonwealth of Massachusetts
All Rights Reserved