# Austin Operations, Inc.

dba Division 10 Specialties
811 Washington Street, Unit #7
Pembroke, MA 02359
781-829-0546   fax 781-829-0548

July 19, 2004

Mr. Richard L. Gemma
MacAdams & Wieck Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903

Dear Mr. Gemma:

I am sorry for the late request, but i would like to postpone the deposition to a later date that is more convenient for my attorney and myself. I will have my attorney contact you directly so that another date can be determined.

Thanks for your cooperation in this matter.

Regards,


John F. Bohan
President

faxed 401-454-8755