UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL STABILIZATION AGREEMENT OF SHEET METAL INDUSTRY TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BB SIGN CO., INC., a/k/a B B SIGN CO., INC., d/b/a DIVISION 10 SPECIALTIES, INC., a/k/a DIVISION 10 SPECIALTIES, et al.,<br><br>Defendants. | M.P. No. 04-MBD-10058 |

ORDER

June 28, 2004

TAURO, J.

This court hereby orders that:

1. Defendant BB Sign must produce all documents within its custody, control or possession which are responsive to the subpoena *duces tecum* served upon it on March 22, 2004;

2. The abovementioned documents must be produced by July 9, 2004;

3. Plaintiffs must serve on Defendant BB Sign a notice to take deposition; and

4. Defendant BB Sign must designate a person to appear and testify on its behalf at the Fed. R. Civ. P. 30(b)(6) deposition noticed by Plaintiffs.

IT IS SO ORDERED.

United States District Judge

```
Information Current Through:05/31/2004
Database Last Updated:06/20/2004
Updated Frequency:Monthly
Current Date:07/01/2004
Source: Trans Union
```

**Individual Information**

```
Name: BOHAN, JOHN F JR
Also Known As: BOHAN, JOHN  F
BOHAN, JOHN
BOHAN, J
SSN: 030-62-XXXX
Date of Birth: 12/1976
On File Since: 12/01/1994
Phone: 963-4121
```
**Current Address Information**

```
Current Address: 93 TAYLOR ST
WALTHAM, MA 02453-8630
Address Last Reported: 01/01/2004
```

**Previous or Additional Address Information**

```
Previous Address: 96 EDINBORO RD
QUINCY, MA 02169-7019
Address Last Reported: 07/18/2001

Previous Address: 9 PATTERSON AV
RANDOLPH, MA 02368-5245
Address Last Reported: 11/13/2000

Previous Address: 35 SCHLAGER AV 13
QUINCY, MA 02169-7432
Address Last Reported: 10/01/1999

Previous Address: 80 UNION ST
QUINCY, MA 02169-6939
Address Last Reported: 03/01/2000
```

END OF DOCUMENT