```
VOLUME:    I
PAGES:     8
EXHIBITS:  1
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
M.P. NO.: 04 MBD 10058

NATIONAL STABILIZATION AGREEMENT OF
SHEET METAL INDUSTRY TRUST FUND, et al,
Plaintiffs

VS.

BB SIGN CO., INC. a/k/a BB SIGN CO., INC.
d/b/a DIVISION 10 SPECIALTIES, INC.
a/k/a DIVISION 10 SPECIALITIES, et al
Defendants

SCHEDULED DEPOSITION of JOHN F. BOHAN, JR., taken on behalf of the Plaintiffs, pursuant to the Federal Rules of Civil Procedure, before Rita C. Donovan, a Registered Professional Reporter and Notary Public within and for the Commonwealth of Massachusetts, at the offices of Schectman, Halperin & Savage, LLP, 352 Newbury Street, Boston, Massachusetts, on Tuesday, September 28, 2004 commencing at 10:56 a..m.

```
 1    APPEARANCES:
 2         MacADAMS & WIECK INCORPORATED
           (BY:  Richard P. Gemma, Esq.)
 3         101 Dyer Street, Suite 400
           Providence, RI 02903
 4         401.454.8700
           on behalf of the Plaintiffs;
 5
 6
           JOSEPH RONDEAU, ESQ.
 7         Edwards Professional Bldg.
           927 Temple Street
 8         Whitman, MA 02382
           781.857.1391
 9         on behalf of the Defendants.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

1                        I N D E X

2   WITNESS              DIRECT  CROSS  REDIRECT  RECROSS

3

4

5

6

7

8

9

10

11

12                      E X H I B I T S

13  NUMBER              DESCRIPTION                    PAGE

14    A       Correspondence to Atty. Rondeau            4

15

16

17

18

19

20

21

22

23

24

```
 1                    P R O C E E D I N G S
 2              MR. GEMMA:  My name is Richard Gemma
 3    and I have been engaged by the plaintiffs to
 4    represent them in a civil proceeding pending in
 5    the United States District Court for the District
 6    of Massachusetts, entitled National Stabilization
 7    Agreement of Sheet Metal Industry Trust Fund et
 8    al versus BB Sign Co., Inc. et al, M.P.
 9    Number 04 MBD 10058.
10              We were here today pursuant to an
11    amended notice to take deposition and subpoena
12    for the president of Austin Operations, Inc.,
13    Mr. John F. Bohan, Jr., who in accordance with
14    the amended notice and subpoena was required to
15    attend today at a deposition beginning at 11:00
16    o'clock and to produce documents which were
17    responsive to the subpoena served upon him.  I
18    would like to mark as Exhibit A a copy of the
19    correspondence to Mr. Rondeau, along with the
20    enclosures which include the amended notice to
21    take deposition and the subpoena served upon
22    Mr. Bohan.
23                    (Deposition Exhibit No. A
24                     marked for identification.)
```

```
 1              MR. GEMMA:  It is 11:00 a.m. and
 2   Mr. Bohan is not present for his deposition and
 3   does not plan on appearing today for his
 4   deposition testimony.  I have informed
 5   Mr. Rondeau that I plan on moving to hold
 6   Mr. Bohan in contempt and including requesting
 7   that the court hold Mr. Rondeau in criminal
 8   contempt for intentionally violating --
 9              MR. RONDEAU:  Excuse me.  I think you
10   said, "I am going to hold Mr. Rondeau -- "
11              MR. GEMMA:  I apologize for that.  I
12   will be moving to hold Mr. Bohan in criminal
13   contempt for his intentional disregard of his
14   obligations under the subpoena.  I have also
15   informed Mr. Rondeau that I believe Mr. Bohan is
16   presently in contempt, and in order for him to
17   purge himself for that contempt he may appear at
18   a deposition at my offices in Providence on
19   Friday at 9:30 a.m. for deposition testimony in
20   this case and to produce the responsive documents
21   in accordance with the subpoena.
22              At that time he is also to tender a
23   check, a bank check or certified check, in the
24   amount of $900 which will reimburse the
```

1  plaintiffs for the fees and expenses incurred in
2  attending today's deposition, including the
3  stenographer's cost.
4          If Mr. Bohan as president of the
5  Boston operations does not appear on Friday at
6  9:30 a.m. for deposition testimony and produce
7  the responsive documents in accordance with the
8  subpoena, then the plaintiffs will move to
9  forthwith hold Mr. Bohan in criminal contempt.  I
10 have nothing else.
11         MR. RONDEAU:  Okay.  My name is
12 Attorney Joseph E. Rondeau.  That's
13 R-o-n-d-e-a-u, and I represent Mr. Edwin Ross.  I
14 would like to put this on the record that I
15 apologize to Mr. Gemma and the plaintiffs
16 concerning Mr. Bohan's nonappearance at this
17 deposition.
18         I was not aware that he had to make
19 the appearance here.  As I said I represent
20 Mr. Ross.  I have not been privy to any of the
21 other subpoenas or summonses sent to Mr. Bohan.
22 I do not represent Mr. Bohan at this time, and I
23 did make an arrangement with Mr. Gemma to have
24 Mr. Bohan make his deposition in Providence,

1   Rhode Island, at 9:30 a.m. to purge himself of a
2   potential complaint for contempt.  I will send a
3   letter -- I will send a fax and/or e-mail
4   indicating whether when Mr. Bohan intends to
5   appear at that deposition to, whether I will be
6   there  representing Mr. Bohan, or whether I will
7   withdraw for whatever reasons that need be.
8           Once again, I'd would like to
9   apologize to Mr. Gemma and all those involved in
10  this incident here, in this deposition.  It was
11  not my intention to mislead, misinform or to not
12  show up, and that's about it.  I just wanted to
13  make sure --
14          MR. GEMMA:  Okay.
15          (Whereupon, the deposition was
16              concluded at 11:04 a.m.)
17
18
19
20
21
22
23
24

```
 1                C E R T I F I C A T E
 2
 3
 4
 5
 6        I, Rita C. Donovan, Registered
          Professional Reporter in and for the Commonwealth
 7        of Massachusetts, do hereby certify that the
          foregoing record is a complete and accurate
 8        transcript of my computer-aided notes taken in
          the aforementioned matter to the best of my
 9        ability.
10
11                    [signature: Rita C Donovan]
12                    RITA C. DONOVAN
13
14
          THE FOREGOING CERTIFICATE OF THIS TRANSCRIPT DOES
15        NOT APPLY TO ANY REPRODUCTION OF THE SAME BY ANY
          MEANS UNLESS UNDER THE DIRECT CONTROL AND/OR
16        DIRECTION OF THE CERTIFYING REPORTER.
17
18
19
20
21
22
23
24
```