10/1/2004 Statment of Counsel

Page 1

1           UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
2

  NATIONAL STABILIZATION AGREEMENT
3 OF SHEET METAL INDUSTRY
  TRUST FUND, SHEET METAL INDUSTRY
4 TRUST FUND, SHEET METAL WORKERS'
  NATIONAL PENSION FUND, INTERNATIONAL
5 METAL AND AIR CONDITIONAL INDUSTRY,
  SHEET METAL WORKERS' INTERNATIONAL
6 ASSOCIATION SCHOLARSHIP FUND,
  NATIONAL ENERGY MANAGEMENT
7 OCCUPATIONAL HEALTH TRUST FUND,
  BB SIGN CO., INC. a/k/a BB SIGN CO., INC.
8 d/b/a DIVISION 10 SPECIALTIES, INC.,
  a/k/a DIVISION 10 SPECIALTIES
9
          VS.                    M.P. NO. 04 MBD 10058
10
   BB SIGN CO., INC.
11 a/k/a B B SIGN CO., INC.
   d/b/a DIVISION 10 SPECIALTIES, INC.
12 a/k/a DIVISION 10 SPECIALTIES, et al

13
14           STATEMENT OF COUNSEL IN LIEU OF THE DEPOSITION
   of JOHN F. BOHAN, JR., a Witness in the above-entitled
15 cause, taken on behalf of the Plaintiffs, pursuant to
   notice, before Denise A. Webb, a Notary Public in and for
16 the State of Rhode Island, at The Law Offices of MacAdams
   & Wieck, Inc., 101 Dyer Street, Suite 400, Providence,
17 Rhode Island, on October 1, 2004, at 9:30 a.m.
18
   APPEARANCES:
19
   FOR THE PLAINTIFFS..... MacADAMS & WIECK
20                BY:  RICHARD L. GEMMA, ESQUIRE
21
22          ALLIED COURT REPORTERS
            115 PHENIX AVENUE
23       CRANSTON, RHODE ISLAND  02920
              (401) 946-5500
24        www.alliedcourtreporters.com

1    (STATEMENT COMMENCED AT 9:40 A.M.)

2              MR. GEMMA:  My name is Richard Gemma.
3    I represent the Plaintiffs, National Stabilization
4    Agreement of the Sheet Metal Industry Trust Fund, et
5    al, in a civil proceeding pending in the United
6    States District Court for the District of
7    Massachusetts, M.P. Number 04 MBD 10058.
8         Earlier this week, I attended a deposition which
9    was to be conducted of John F. Bohan, Jr., President,
10   Austin Operations, Inc. in the Commonwealth of
11   Massachusetts on September 28 at 11 a.m.  Mr. Bohan
12   did not appear at the deposition.  In discussions
13   with Attorney Rondeau, who did appear at the
14   deposition, I had informed Mr. Rondeau that I
15   believed that Mr. Bohan was in contempt and had
16   failed to comply with his obligations under the
17   subpoena in both failing to appear for the deposition
18   and failing to produce the documents in accordance
19   with the subpoena that was served upon him.
20        At the deposition, I informed Mr. Rondeau that I
21   would give Mr. Bohan the opportunity to purge himself
22   of his noncompliance by attending a deposition today
23   at 9:30 at my office, which Mr. Rondeau had agreed
24   to, in Providence and in bringing a check with him to

1  today's deposition to compensate the Plaintiffs for
2  the fees and expenses incurred in connection with the
3  September 28 deposition in which Mr. Bohan did not
4  attend. He was also today to bring with him the
5  responsive documents to the subpoena.
6      It is now closing in on 10:00. Mr. Bohan has
7  not appeared for the deposition, no documents and no
8  check have been forwarded as well or produced today.
9  In addition, I'd like to put on the record that
10 Mr. Rondeau assured me that he would contact me in
11 the event that Mr. Bohan were not to attend so that I
12 would not have to incur further costs and expenses in
13 this matter. I would move directly to hold him in
14 contempt of court.
15     Despite my multitude of phone calls to Attorney
16 Rondeau yesterday, he has not contacted me in any
17 way, shape, or form to inform me that Mr. Bohan would
18 not be at today's deposition. Consequently, The
19 National Stabilization Agreement of the Sheet Metal
20 Industry Trust Fund, et al will move forward to
21 exercise its rights and remedies against all of the
22 parties involved.
23         (STATEMENT CONCLUDED AT 9:45 A.M.)
24

4

1

2                   C E R T I F I C A T E

3

4

5

6        I, Denise A. Webb, Notary Public, do hereby

7   certify that the foregoing is a true, accurate, and

8   complete transcription of my stenographic notes taken at

9   the time of the aforementioned statement.

10

11

12        IN WITNESS WHEREOF, I have hereunto set my

13   hand and seal this 2nd day of October, 2004.

14

15

16

17

18   _____
         DENISE A. WEBB, CSR/RPR/NOTARY PUBLIC
19       MY COMMISSION EXPIRES APRIL 7, 2006

20

21

22   DATE:   October 1, 2004

23   IN RE:  National Stabilization Agreement of Sheet Metal
             Industry vs. BB Sign Co., Inc.
24

ALLIED COURT REPORTERS, INC.    (401) 946-5500