UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NATIONAL STABILIZATION AGREEMENT OF
SHEET METAL INDUSTRY TRUST FUND, SHEET
METAL WORKERS' NATIONAL PENSION FUND,
INTERNATIONAL TRAINING INSTITUTE FOR THE
SHEET METAL AND AIR CONDITIONING
INDUSTRY, SHEET METAL WORKERS' INTER-
NATIONAL ASSOCIATION SCHOLARSHIP FUND,
NATIONAL ENERGEY MANAGEMENT INSTITUTE
COMMITTEE, SHEET METAL OCCUPATIONAL
HEALTH TRUST FUND

                    Plaintiffs

v.                                                            M.P. No. 04 MBD 10058

BB SIGN, CO. INC. a/k/a BB SIGN, CO., INC., d/b/a
DIVISION 10 SPECIALTIES , INC. a/k/a
DIVISION 10 SPECIALTIES, et al

                    Defendants

South Shore Savings Bank's Opposition in Part, and Statement in
Response to Plaintiff's Motion for Issuance of Temporary
Restraining Order and Mandatory Injunction

        With regards to the above referenced plaintiff's motion, South Shore Bank responds

as follows:

1.     The "Writ of Trustee Execution" referenced as Exhibit 1 to the plaintiffs' motion was

served upon the plaintiff. No Trustee Summons was served upon the plaintiffs as would be

required by Massachusetts Trustee Process Procedure (M.R. Civ. P. Rule 4.2). Federal rule

69 limits federal process on money judgments to the type of process available under state

law. Gabowitch v. Lundy, 584 F.2d 559, 561 (1st Cir. 1978). Thus, South Shore Savings

Bank was never afforded the opportunity to file an answer with regard to moneys or credits

which it did or did not have in its possession.

2.     South Shore Savings Bank confirms that the Writ of Trustee Execution was returned

unsatisfied (Motion paragraph 2), that it sent a subsequent letter dated October 14, 2004 to

counsel for the plaintiffs, and that the bank sent check number 1788 to the Court (Motion

paragraph 3).

3.    South Shore Savings Bank also confirms the statements made by plaintiff in paragraphs 4 and 5 of its motion, and confirms that the bank stopped payment on check number 1788. However, South Shore Savings Bank OPPOSES the plaintiffs' Motion to the extent that said motion states that the bank had "wrongfully" elected to stop payment on this check. South Shore Savings Bank also OPPOSES the plaintiffs' motion to the extent that it could be construed to request that attorneys fees and costs should be imposed upon South Shore Savings Bank (Prayer C of Plaintiffs' Motion).

4.    South Shore Savings Bank further responds to Plaintiffs' Motion by confirming that it continues to hold the sum of $22,156.34, which was the balance, as of September 7, 2004, in an account in the name of "Austin Operations, Inc., d/b/a Division 10 Specialties," the authorized signatories of this account being Jack F. Bohan and John F. Bohan. This entity does not appear to be one which is either a defendant or a judgment debtor in this action.

5.    South Shore Savings Bank can neither confirm nor deny the statements of fact made by the plaintiff in paragraphs 7 through 17 of the Plaintiffs' Motion. However, in view of same, and under all of the circumstances, South Shore Savings Bank does not oppose Prayers A or B of the Plaintiffs' Motion, but will comply with such orders, if any, of this Court, as may be entered with regard to the Plaintiffs' Motion.

<div style="margin-left:40%">

South Shore Savings Bank,
By its attorney


James W. Campbell, BBO No. 071340
Attorney for South Shore Savings Bank
Norris & Campbell
175 Derby Street, Suite 27
Hingham, MA  02043
781-749-8880

</div>

CERTIFICATE OF SERVICE

I hereby certify that a copy of the within "Opposition in Part and Statement in Response" was mailed to Richard L. Gemma and Maureen Souza, MacAdams and Wieck, Inc., 101 Dyer Street, Suite 400, Providence, RI 02903, William Edwin Raws, 58 Captain Pierce Road, Scituate, MA 02066, Joseph Rondeau, Esq., Edwards Professional Building, 927 Temple Street, Whitman, MA 02382, BB Sign, 121 Liberty Street, Quincy, MA 02169, and John F. Bohan, Jr., Austin Operations, 811 Washington Street, Unit #7, Pembroke, MA 02359

Date: _11-15-04_

_____
James W. Campbell, BBO No. 071340
Attorney for South Shore Savings Bank
Norris & Campbell
175 Derby Street, Suite 27
Hingham, MA  02043
781-749-8880