UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL STABILIZATION AGREEMENT OF SHEET METAL INDUSTRY FUND, et al<br><br>Plaintiffs<br><br>v.<br><br>BB SIGN COMPANY, INC., aka B B SIGN CO., INC., d/b/a DIVISION 10 SPECIALTIES, INC., a/k/a DIVISION 10 SPECIALTIES, et al.<br><br>Defendants | M.P. No. 04-MBD-10058 |

**REPORT RE DISTRIBUTION OF MONIES
PER MAY 4, 2005 NOTICE**

Joseph G. Butler, the chapter 7 trustee of the estate of B.B. Sign Company, Inc., the defendant, submits this report pursuant to the May 4, 2005 notice issued by the United States District Court for the District of Massachusetts (the "Court") in the above captioned case.

1. On November 4, 2004, B.B. Sign Company, Inc. (the "Debtor") filed a voluntary petition seeking relief under chapter 7 of the United States Bankruptcy Code (11 U.S.C. §§1101, et. seq.) (the "Bankruptcy Code") and commencing case no. 04-18965 in the United States Bankruptcy Court for the District of Massachusetts (the "Bankruptcy Court").

2. On November 4, 2004, Joseph G. Butler (the "Trustee") was appointed as the chapter 7 trustee of the Debtor

3. The Debtor is the defendant in the above captioned case.

4. On August 25, 2004, the Plaintiffs file an ex parte motion in the above captioned case seeking a writ of execution.

5. On August 26, 2004, the motion was granted and a writ of execution was issued.

6. On December 7, 2004, South Shore Savings Bank ("Bank") remitted to the Court the sum of

$22,156.34, representing proceeds of a bank account in the Debtor's name.

7. On December 7, 2004, when the Bank remitted the funds to this Court, the Debtor was already a chapter 7 debtor in the Bankruptcy Court, the automatic stay of section 362 of the Bankruptcy Code was in effect and the funds remitted by South Shore Savings Bank were property of the chapter 7 estate of the Debtor pursuant to section 541 of the Bankruptcy Code.

8. The writ of execution was issued within ninety (90) days of the date that the Debtor filed its petition seeking relief under chapter 7 and, to the extend that the writ of execution created a lien in favor of the Plaintiffs with respect to the Debtor's account at the Bank, the lien would be a preference subject to avoidance by the Trustee pursuant to section 547 of the Bankruptcy Code.

9. The Trustee would therefore request that the funds remitted by the Bank to the Court on December 7, 2004 be released to the Trustee in his capacity as the chapter 7 trustee of the estate of B.B. Sign Company.

10. Counsel to the Plaintiffs has reviewed this report and has informed the Trustee that counsel has no objection to the report and assents to the funds which were remitted by the Bank being turned over to the Trustee.

Dated: April 10, 2006

Joseph G. Butler, Trustee
of the estate of B. B. Sign Company, Inc.
By his attorneys,

BARRON & STADFELD, P.C.

/s/ Joseph G. Butler
_____
Joseph G. Butler  (BBO# 544284)
100 Cambridge Street, Suite 1310
Boston, MA 02114
(617) 723-9800
JGB@Barronstad.com

ASSENTED TO:

National Stabilization Agreement of
Sheet Metal Industry Trust Fund,
Sheet Metal Industry Trust Fund,
Sheet Metal Workers' National Pension Fund,
International Training Institute for the Sheet Metal
Workers' International Association Scholarship Fund,
National Energy Management Institute Committee,
Sheet Metal Occupational Health Trust Fund,
By their attorneys

/s/   Richard L. Gemma
_____
Richard L. Gemma
MacAdams & Wieck Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700

rgemma@manddlaw.com

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL STABILIZATION AGREEMENT OF SHEET METAL INDUSTRY FUND, et al<br><br>Plaintiffs<br><br>v.<br><br>BB SIGN COMPANY, INC., aka B B SIGN CO., INC., d/b/a DIVISION 10 SPECIALTIES, INC., a/k/a DIVISION 10 SPECIALTIES, et al.<br><br>Defendants | M.P. No. 04-MBD-10058 |

## CERTIFICATE OF SERVICE

I, Joseph G. Butler, of Barron & Stadfeld, P.C., do hereby certify that on April 10, 2006, I served a copy of the Report Re Distribution of Monies Per May 5, 2005 Notice on counsel to the plaintiffs:

Richard L. Gemma
MacAdams & Wieck Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903
rgemma@manddlaw.com

by e-mail and by mailing a copy of same by first class mail, postage prepaid or other method specified on service lists.

Signed under the penalties of perjury, April 10, 2006 .

/s/ Joseph G. Butler
_____
Joseph G. Butler

[]